FILED
CLERK, U.S. DISTRICT COURT
JUL - 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JP MORGAN CHASE BANK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANA GORROSTIETA, et al.,<br><br>　　　　Defendant. | NO. CV 13-4478-UA(DUTYx)<br><br>ORDER SUMMARILY REMANDING<br>IMPROPERLY REMOVED ACTION |

In a separate order, the Court has denied Defendant's application to proceed <u>in forma pauperis</u> in this improperly removed unlawful detainer action. For the same reasons stated in the Court's separate order, the action is remanded to state court for lack of subject matter jurisdiction.

DATED: ___7/2___, 2013.

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE